IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01517-REB-MEH

DOROTHY PURCHASE,

    Plaintiffs,

v.

LENSCRAFTERS, INC.,
MARIA PALOMBI,
LEE KRAUSE,
KEVIN LOVING, and
JOHN/JANE DOES 1-X,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Unopposed Motion To Dismiss With Prejudice** [#9] filed September 3, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss With Prejudice** [#9] filed September 3, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated September 8, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**